IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| CURTIS ARNOLD (2) | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to amend the presentence report based upon alleged error in finding him to be a Career Offender. (Doc. No. 67).

The defendant complains that his North Carolina convictions did not qualify as predicate convictions pursuant to USSG § 4B1.2. The judgment imposing the defendant's sentence was entered on January 30, 2006. (Doc. Nos. 35, 38). The Fourth Circuit affirmed his sentence on May 7, 2007. (Doc. No. 58). The statutes cited by the defendant do not provide authority to litigate this claim so long after the judgment became final.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: May 13, 2009

Robert J. Conrad, Jr.
Chief United States District Judge