IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr46

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>CURTIS ARNOLD (2) )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon motions of the defendant pro se for a reduction of sentence based on the retroactive amendments to the United States Sentencing Guidelines relating to crack cocaine. (Doc. No. 87, 92).

The Court previously found that the defendant is not eligible for a sentence reduction because his offense was based on cocaine, not cocaine base. (Doc. No. 64: Order). The new motions allege nothing to disturb that finding.

**IT IS, THEREFORE, ORDERED** that the defendant's motions are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, the Community Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 6, 2011

Robert J. Conrad, Jr.
Chief United States District Judge