IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00046-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CURTIS ARNOLD | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to amend the Statement of Reasons for his sentence to remove the finding that he is a career offender. (Doc. No. 121).

The defendant claims that under United States v. Simmons, 649 F.3d 237 (4th Cir. 2011) (en banc), his career offender sentence is invalid. This claim was previously raised under 28 U.S.C. § 2255 and denied. (Doc. No. 113: Order; Doc. No. 119: Order of United States Court of Appeals for the Fourth Circuit (denying certificate of appeal)). The defendant has not provided any basis in law to attack his sentence by altering the Statement of Reasons.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: September 17, 2015

Robert J. Conrad, Jr.
United States District Judge