IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00046-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CURTIS ARNOLD (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon a letter motion by the defendant pro se again attacking his sentence in light of <u>United States v. Simmons</u>, 649 F.3d 237 (4th Cir. 2011) (en banc). (Doc. No. 151).

The defendant claims a prior state conviction is inadequate to enhance his sentence under 21 U.S.C. § 851; however, "it is well established that defendants convicted in federal court are obliged to seek habeas relief from their convictions and sentences through [28 U.S.C.] § 2255. <u>Rice v. Rivera</u>, 617 F.3d 802, 807 (4th Cir. 2010). Here, the defendant previously filed a motion under § 2255, (Case No. 3:10-cv-453), which the Court denied, (Doc. No. 34: Order), and the United States Court of Appeals for the Fourth Circuit did not disturb on appeal, (Doc. No. 44: Opinion). He has not shown that he has been granted permission to file a second or successive § 2255 motion. Therefore, the Court is without jurisdiction to consider the instant motion. <u>United States v. Williams</u>, 621 F. App'x 212 (4th Cir. 2015) (district court lacked jurisdiction to consider motion that was in substance a successive § 2255 motion).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 151), is **DISMISSED**.

Signed: August 6, 2019

Robert J. Conrad, Jr.
United States District Judge