IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00046-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CURTIS ARNOLD (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon another motion of the defendant pro se for a reduction of sentence under the First Step Act of 2018. (Doc. No. 179).

On November 24, 2019, the Court denied his previous motion brought under the Act, (Doc. No. 155), after a complete review of the merits, (Doc. No. 157: Order). Accordingly, the Court may not entertain in the instant motion. Pub. L. 115-135 § 404(c) (2018) ("No court shall entertain a motion made under this section [404] to reduce a sentence … if a previous motion made under this section to reduce the sentence was, after the date of enactment of this Act [December 21, 2018], denied after a complete review of the motion on the merits.")

**IT IS, THEREFORE, ORDERED** that the defendant's successive motion, (Doc. No. 179), is **DENIED**.

Signed: August 8, 2022

Robert J. Conrad, Jr.
United States District Judge